UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Thomas Evenstad,

    Plaintiff,

v.                                                         14-cv-626 (JNE/TNL)
                                                       ORDER

Barack Hussein Obama, Kathleen Sebelius,
Michele M. Leonhart, and Eric Holder

    Defendants.

---

This case is before the Court on a Report and Recommendation from the Honorable Tony N. Leung, United States Magistrate Judge. ECF No. 3. The Magistrate Judge recommends that the Plaintiff's application for leave to proceed in forma pauperis be denied and that this action be summarily dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii) because his complaint fails to state a claim upon which relief may be granted.

The Plaintiff did not object, and the Court now adopts the Report and Recommendation.

Therefore, based on the files, records, and proceedings herein, and for the reasons discussed above, IT IS ORDERED THAT:

1. Plaintiff's Application for Leave to Proceed In Forma Pauperis [ECF No. 2] is DENIED.

2. This action is SUMMARILY DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: May 15, 2014                                            s/Joan N. Ericksen
                                                                         JOAN N. ERICKSEN
                                                                         United States District Judge